UNITED STATES of America,
Plaintiff–Appellee,

v.

**Michael Crandale WILLIAMS,**
**Defendant–Appellant.**

No. 13–7913.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 6, 2014.

Decided: March 26, 2014.

Michael Crandale Williams, Appellant Pro Se. Robert J. Higdon, Jr., Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

* Williams contends he is entitled to a further

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Crandale Williams appeals the district court's order granting his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012) and reducing his sentence to the low end of his amended Guidelines range.* We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Williams,* No. 2:95–cr–00009–H–1 (E.D.N.C. Nov. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*